## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| WURTH ELECTRONICS ICS, INC., <br><br>                      Plaintiff, <br>   v. <br><br>MOHAMED ELEMARY, <br>UHANDIS PRODUCT DESIGN, LLC, <br><br>                      Defendants. | Case No:3:23-cv-00082 <br><br>Judge Thomas M. Rose <br><br>Magistrate Judge Peter B. Silvain, Jr. |

## JOINT MOTION FOR ENTRY OF PROPOSED CONSENT INJUNCTION ORDER AND JUDGMENT

Plaintiff Wurth Electronics ICS, Inc. and Defendants Mohamed Elemary and Uhandis Product Design, LLC jointly move the Court to enter their proposed Consent Injunction Order and Judgment, attached as Ex. 1. Per the Court's instruction in its May 3, 2023 Notation Order, the parties have also submitted a copy of Ex. 1 in Microsoft Word format to Rose_Chambers@ohsd.uscourts.gov. Additionally, as set forth in Paragraph 10 of Ex. 1, the parties request that the Court deny Plaintiff's March 20, 2023 Motion for Temporary Restraining Order and Preliminary Injunctive Relief (Dkt. 4) as moot. The reasons in support are explained in the attached Memorandum.

                                                    Respectfully submitted,

| **AUMAN, MAHAN, & FURRY** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| */s/ Amy C. Mitchell (5/5/2023 email authority)* <br> Amy C. Mitchell (0069548) <br> 110 North Main Street, Suite 1000 <br> Dayton, Ohio 45402 <br> Ph: (937) 223-6003/Fax: (937) 223-8550 <br> Email: acm@amfdayton.com <br> *Attorney for Defendants* | */s/ Tyler Tarney* <br> Tyler Tarney (0089082) <br> 41 South High Street, Suite 2495 <br> Columbus, Ohio 43215 <br> T: (614) 917-1953/F: (614) 360-2130 <br> ttarney@grsm.com <br><br> Peter G. Siachos (Admitted Pro Hac Vice) <br> 18 Columbia Turnpike, Suite 220 |

Florham Park, NJ 07932
T: (973) 549-2500/F: (973) 377-1911
psiachos@grsm.com
*Counsel for Plaintiff*

**MEMORANDUM IN SUPPORT**

1. On March 17, 2023, Plaintiff Wurth Electronics ICS, Inc. ("Wurth") filed a Verified Complaint (Doc. 1) in this action asserting claims of breach of contract, breach of fiduciary duty, violations of the Defend Trade Secrets Act of 2016 and Ohio Uniform Trade Secrets Act, and unjust enrichment against Mohamed Elemary and Uhandis Product Design, LLC ("Defendants").

2. On March 21, 2023, Wurth filed a Motion for Temporary Restraining Order and Preliminary Injunctive Relief (Doc. 7). On April 3, 2023, the parties filed, and the Court endorsed, a Consent Temporary Restraining Order to resolve Wurth's Motion for Temporary Restraining Order (Doc. 17). On April 21, the parties filed a Joint Motion to Vacate, or Extend, Preliminary Injunction Hearing and Motion Deadlines in light of the fact that a resolution had been reached in principle (Doc. 26), which the Court granted on April 21, 2023.

3. The parties now desire to resolve this litigation and have agreed that Defendants will be bound by the proposed Consent Injunction Order and Judgment, attached as Ex. 1. Therefore, the parties jointly move the Court to approve and enter their proposed Consent Injunction Order and Judgment.

4. As set forth in Paragraph 10 of Ex. 1, the parties request that the Court deny Plaintiff's March 20, 2023 *Motion for Temporary Restraining Order and Preliminary Injunctive Relief* (Dkt. No. 4) as moot.

5. Per the Court's instruction in its May 3, 2023 Notation Order, the parties have also submitted a copy of Ex. 1 in Microsoft Word format to Rose_Chambers@ohsd.uscourts.gov.

Respectfully submitted,

| **AUMAN, MAHAN, & FURRY** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| */s/ Amy C. Mitchell (5/5/2023 email authority)* | */s/ Tyler Tarney* |
| Amy C. Mitchell (0069548) | Tyler Tarney (0089082) |
| 110 North Main Street, Suite 1000 | 41 South High Street, Suite 2495 |
| Dayton, Ohio 45402 | Columbus, Ohio 43215 |
| Ph: (937) 223-6003/Fax: (937) 223-8550 | T: (614) 917-1953/F: (614) 360-2130 |
| Email: acm@amfdayton.com | ttarney@grsm.com |
| *Attorney for Defendants* | |

Peter G. Siachos (Admitted Pro Hac Vice)
18 Columbia Turnpike, Suite 220
Florham Park, NJ 07932
T: (973) 549-2500/F: (973) 377-1911
psiachos@grsm.com
*Counsel for Plaintiff*